UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KAREEN ANDERSON,<br><br>       Petitioner,<br><br>vs.<br><br>FPC YANKTON, WARDEN WILLIAM ODONEL, CASE MANAGER KORTAN, ASSISTANT WARDEN A. DENTON,<br><br>       Respondents. | 4:23-CV-04136-KES<br><br><br>ORDER |

  Petitioner, Kareen Anderson, an inmate at the Yankton Federal Prison Camp in Yankton, South Dakota, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See Docket No. 4. The court cannot determine that the petition is frivolous or without merit on its face. Accordingly, it is hereby

  ORDERED that:

  (1) the Clerk of Court shall serve upon respondents a copy of the petition and amended petition [Docket Nos. 1 & 4], and this order;

  (2) within 21 days after service, respondents are directed to file a response or a motion to dismiss; and

  (3) petitioner may file a reply within 21 days of service of the respondents' response.

  DATED September 25, 2023.

                BY THE COURT:

                /s/ Veronica L. Duffy
                VERONICA L. DUFFY
                United States Magistrate Judge